## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

RAMY KAMAL ELSHOURBAGY,

           Petitioner,

  v.

PAMELA BONDI, et al.,

           Respondent.

Case No. 2:25-cv-02432-TL-TLF

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

On behalf of petitioner Ramy Kamal Elshourbagy, the Federal Public Defender's Office ("FPD") has filed a motion to appoint counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. In the motion, the FPD indicates their willingness to represent petitioner in this case. *Id*. In addition, the FPD declares that petitioner does not have the financial resources to retain counsel as he is presently in custody, and that they will file a signed affidavit regarding petitioner's financial eligibility within 30 days. *Id*. Having considered the motion (Dkt. 2), petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS** as follows:

(1) The Court received the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Dkt. 1. The filing fee has been paid. *See id*. Because of the complex issues involved in this case, the interests of justice do require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Accordingly, petitioner's request for appointment of counsel is **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public

ORDER APPOINTING FEDERAL PUBLIC DEFENDER
- 1

1  Defender to represent petitioner in these proceedings. Further, **within 30 days of the**
2  **date of this Order**, petitioner shall **FILE** an affidavit demonstrating financial eligibility for
3  such appointment.
4      (2)    The Clerk shall send copies of this Order to petitioner, to the Federal
5  Public Defender, to counsel for Respondents, and to the Honorable Tana Lin.
6      Dated this 3rd day of December, 2025.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC DEFENDER
- 2