UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAMY KAMAL ELSHOURBAGY,<br><br>               Petitioner,<br><br>   v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>              Respondents. | CASE NO. 2:25-cv-02432-TL<br><br>ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

This matter is before the Court on Petitioner's application to proceed *In Forma Pauperis*. Dkt. No. 11. The Court GRANTS the motion (Dkt. No. 11) under 28 U.S.C § 1915(a)(1).

Dated this 19th day of December, 2025.

Tana Lin
United States District Judge

ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS - 1