# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| RAMY KAMAL ELSHOURBAGY,<br><br>                  Petitioner,<br><br>    v.<br><br>PAMELA BONDI, Attorney General of the United States, et al.,<br><br>                  Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:25-cv-02432-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED with the relief ordered in Dkt. No. 14.

    Dated December 23, 2025.

                                                Ravi Subramanian<br>
                                                Clerk of Court

                                                s/Kadya Peter<br>
                                                Deputy Clerk